Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Michael Grecco Productions, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, <br><br> Defendant. | CASE NO.: 2:24-CV-08916-WLH-AS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff MICHAEL GRECCO PRODUCTIONS, INC. ("MGP"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: November 21, 2024         Respectfully submitted,

                                 /s/ Matthew L. Rollin

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Attorneys for Plaintiff Michael Grecco Productions, Inc.*